| Date | | Entry |
|---|---|---|
| 2/2/70 | | ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 2/27/70 in New York City. (9:30 a.m.) |
| 2/12/70 | | ORDER AMENDING SCHOW CAUSE ORDER - adding B-1 to Schedule A. |
| 2/16/70 | | RESPONSE OF CONSOLIDATED NEW YORK ACTIONS SUPPORTING CONSO. IN N.Y., S. |
| 2/16/70 | 2 | RESPONSE (Brief) of KLERINER BELL & CO., INC., KLEINER, BELL & CO., BURT KLEINER, LIONELL BELL, RALPH SHAPIRO & 140 ASSOCIATES. |
| 2/17/70 | | ORDER AMENDING SHOW CAUSE ORDER - adding C actions to Schedule A. |
| 2/18/70 | 3 | RESPONSE OF PL. STUPARITZ (consolidation in N.D. Illinois) |
| 2/19/70 | 4 | BRIEF OF PL. MODLIE H. SANDERS (Dela., No. 3834) |
| 2/19/70 | 5 | Brief on Behalf of Group Stockholder Pl. of Commonwealth (Land v. Commonwealth) S.D. N.Y., No. 69 Civil 3726 |
| 2/19/70 | 6 | MEMO OF DEF. COMMONWEALTH UNITED, SEEBURG CORP. OF DELA., ROZET, GOLDSTEIN, ANSOFF, UNGER, LOEB, KALM, KIBRICK, MARTIN & BRESLAUER (supporting) |
| 2/19/70 | 7 | RESPONSE OF LOUIS J. NICASTRO (w/brief supporting) |
| 2/19/70 | 8 | MOTION TO TRANSFER TO ILL., N.D. FOR CONSOLIDATED PRETRIAL PROCEEDINGS BY DEF. Delbert W. Coleman |
| 2/19/70 | 9 | AFFIDAVIT OF COUNSEL FOR DEF. PETER HUANG |
| 2/20/70 | 10 | Ltr/request for extension of time by Pl. Albert Fried & Co. |
| 2/20/70 | | Granted extension of time to & incl. 2/26/70 to pl. Albert Fried & Co. |
| 2/20/70 | | ORDER AMENDING SCHOW CAUSE ORDER - adding D action to Schedule A. |
| 2/20/70 | 11 | AFFIDAVIT OF ATTORNEY FOR DEF. Peter Gettinger. |
| 2/24/70 | 12 | REPLY BRIEF OF KLEINER BELL GROUP OF DEFENDANTS IN OPPOSITION TO TRANSFER. |
| 2/24/70 | 13 | RESPONSE OF ALBERT FRIED & CO. TO ORDER TO SHOW CAUSE. |
| 2/26/70 | 14 | RESPONSE OF PL. JENNINGS (Ala., N., No. 69-661 and 70-120) Supporting transfer. |
| 3/2/70 | 15 | RESPOMSE OF PL. SILVERMAN (S.D. N.Y., 69 Civ 5328) |
| 4/23/70 | 16 | Filed ltr/motion to remand Sanders v. Seeburg, Dela., No. 3834 |
| 5/4/70 | | Filed CONSENT OF TRANSFEREE COURT signed by CJ Sugarman for assignment of litigation to Judge Frank H. McFadden (N.D. Ala.) |
| 5/4/70 | | OPINION AND ORDER transferring actions on Schedules A (2 fr. C.D. Cal. and 1 fr. N.D. Ala.) and B (2 fr. N.D. Ill. and 1 fr. Dela.) to the Southern District of New York for assignment to Judge Frank H. McFadden for consolidated or coordinated pretrial proceedings. per curiam.<br>Certified copy to Clerk of transferee district; copies to transferor judges, transferee judge, CJ transferee district; interested and involved counsel, Panel members, transferor clerks, publishers. |
| 4/23/70 | | ~~ltr/Motion to remand Sanders v. Seeburg, D~~ |
| 5/22/70 | | Filed ORDER DENYING MOTION TO REMAND in Sanders v. Seeburg, Dla., No. 3834. Copies to judges, counsel and clerks. |

| Date | Entry |
|---|---|
| 5/15/70 | ROBERT R. JENNINGS, ETC. V. MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc., N.D. Ala., Civil Action No. CA 70-120 - ROBERT SOHN AND WALLACE WALNER V. COMMONWEALTH UNITED CORP., ET AL, N.D. Ill., (E. Div.), No. 70C 240 CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 5/25/70 | Notice of Opposition in Jennings v. Merrill Lynch, etc., N.D. Ala., No. CA 70-120 |
| 5/25/70 | ORDER STAYING execution of 5/25/ CTO in Jennings v. Merrill Lynch, No. 70-120 N.D.A |
| 5/26/70 | ROBERT SOHN AND WALLACE WALNER V. COMMONWEALTH UNITED CORPORATION, ET AL., N.D. Ill. (E. Div.), Civil Action No. 70 C 240. CTO EFFECTIVE TODAY. Notified transferee clerk and involved judges. |
| 6/5/70 | FILED Motion by Defendant Merrill Lynch to Vacate Conditional Transfer Order N.D. Ala., No. CA 70-120 (*) |
| 6/11/70 | POLARIS FUND INC., V. COMMONWEALTH UNITED CORPORATION, ET AL, C.D. Calif., Civil Action No. 70-1228-HP. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 6/9/70 | Hearing Order - Wash., D.C., 6/26/70 - Notice of Counsel; involved judges; hearing clerk; court reporter. |
| 6/23/70 | POLARIS FUND INC., V. COMMONWEALTH UNITED CORPORATION, ET AL, C.D. CALIF., C.A. No. 70-1228-HP. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES |
| 6/25/70 | Response to motion of def. Merrill Lynch to vacate Panel's transfer order by. pl. |
| 6/29/70 | Filed Order vacating the May 15, 1970 C.T.O. in C.A. No. 70-120, N.D. Ala. Sent to All Counsel and involved Judges. and hearing Clerk. |
| 9/1/70 | JACK B. CRAWFORD, et al v. COMMONWEALTH UNITED CORP., et al, C.D. Calif., No. 70-1740-R. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 9/14/70 | CRAWFORD V. COMMONWEALTH UNITED, C.D. Cal., No. 70-1740-R - Notice of Opposition by pl. |
| 9/14/70 | "   "   "   "   "   "   " - Stay of execution order. |
| 9/29/70 | Motion to Vacate by pl. in Crawford v. Commonwealth, C.D. Cal., No. 70-1740-R |
| 9/29/70 | HEARING ORDER - 10/22/70 in Boston, Mass. Copies to involved judges, hearing clerk & court reporter. |
| 10/12/70 | Memo of Kleiner Bell Group of Def. to Motion to Vacate CTO. |
| 10/15/70 | Response of Commonwealth United Class Action Pls. to Motion of Crawford. |
| 10/16/70 | Memoradum of Def. Commonwealth in opposition to motion of Crawford Pls. to vacate transfer order. |
| 10/19/70 | Memoradum of Def. Sidney Kibrick in opposition to Motion to vacate conditional transfer order. |
| 10/20/70 | Memorandum of Commonwealth Plaintiffs Opposing Motion in Crawford Cas. |
| 10/22/70 | Brief of Pl. Crawford in Reply. |
| 10/28/70 | Walden Robert Cassotto, a/k/a Bobby Darin v. Commonwealth United Corp., et al, C.D. Ca., No. 70-1920-DWW. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES. |
| 11/13/70 | WALDEN ROBERT CASSOTTO, a/k/a Bobby Darin v. Commonwealth United Corp., et al, C.D. Ca., No. 70-1920-DWW. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK INVOLVED JUDGES |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12/14/70 | MALCOLM L. STRAUSS V. COMMONWEALTH UNITED CORP., ET AL, E.D. Mo. No. 70C 580(2). CTO ENTERED TODAY. SENT TO ALL COUNSEL (liaison) AND INVOLVED JUDGES. | |
| 12/17/70 | Order Entered staying decision on motion to vacate conditional order of 9/1/70. Sent to Liaison Counsel and involved Judges. | |
| 12/30/70 | MALCOLM L. STRAUSS V. COMMONWEALTH UNITED CORPORATION, ET AL, E.D. Mo. (E. Div.), No. 70C 580(2). CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND JUDGES | |
| 2/9/71 | ENTERED CONDITIONAL TRANSFER ORDER TODAY. Harry M. Popkin v. Seeburg Corp., C.D. Calif. Civil Action No. 70-2745F Sent to Counsel (Service Attorney List) and Involved Judges. | |
| 2/25/71 | CONDITIONAL TRANSFER ORDER final - Harry M. Popkin v. The Seeburg Corporation, C.D. Calif., Civ. Action No. 70-2745F. Sent to Clerk and involved Judges. | |
| 3/10/71 | JACK B. CRAWFORD V. COMMONWEALTH UNITED CORP., C.D. CALIF., 70-1740-R ORDER- lifting the stay of execution of the 9/1/70 CTO and transferring to the S.D. N.Y. Sent to Transferee Clerk, Transferor Clerk, and Involved Judges and Counsel. | |
| 3/10/71 | JACK B. CRAWFORD V. COMMONWEALTH UNITED CORP., C.D. CALIF 70-1740-R 9/1/70 CTO effective today. Sent with order lifting stay to transferee clerk, transferor clerk, involved judges. | |
| 3/12/71 27 | ORDER of Judge Real (C.D. Calif) denying motion of Plaintiff Jack B. Crawford - filed 2/3/71 | |
| 6/11/71 | POWELL V. MERRILL LYNCH PIERCE, FENNER & SMITH, INC., C.D.CAL. 71-1228-F CTO enterd today. Notified counsel and involved judges. | |
| 6/24/71 28 | POWELL V. MERRILL LYNCH PIERCE, FENNER & SMITH, INC., C.D.CAL 71-1228-F Notice of Opposition from Defendant. Order entered staying execution of CTO. Notified counsel and involved judges. | |
| 7/9/71 29 | POWELL V. MERRILL LYNCH ETC., C.D. Cal., No. 71-1228-F Motion & Brief to Vacate CTO. by def. | |
| 7/9/71 | POWELL V. MERRILL LYNCH, ETC., C.D. Cal., No. 71-1228-F Hearing Order - 7/30/71 in Denver. Notice to Counsel, copies of order to involved judges, hearing clerk and counsel. | |
| 7/22/71 30 | POWELL V. MERRILL LYNCH, C.D. Cal., No. 71-1228-F Commonwealth United, Kleiner, Bell & Co., Inc., Burt Kleiner, Lionel Bell and Ralph Shapiro joint brief of defendants | |
| 7/27/71 31 | POWELL V. MERRILL LYNCH, ETC. C.D.CAL., NO. 71-1228-F Merrill Lynch, Pierce, Fenner & Smith Inc. reply to Joint Brief | |
| 8/18/71 32 | J.E. O'DANIEL, ET AL. V. COMMONWEALTH UNITED CORP., W.D.ARK., 71-C-15 BERRY PERTROLEUM CO. V. COMMONWEALTH UNITED COPR., W.D.ARK., 70-C-58 Motion and Brief from Commonwealth United for transfer under 28 U.S.C. §1407 to the U.S.D.C. for the S.D.N.Y. with the pending cases in this litigation. (Certificate of Service) | |
| 8/24/71 33 | O'DANIEL V. COMMONWEALTH UNITED, W.D. ARK 71-C-15 BERRY PETROLEUM V. COMMONWEALTH UNITED, W.D ARK, 70-C-58 Request of plaintiff for an extension of time for filing responsive brief. ORDER ENTERED extending time to file and serve responsive brief to Sep. 13, 1971 for O'Daniel and Berry Petroleum. | |

*Cont.*

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8/26/71 | O'DANIEL V. COMMONWEALTH UNITED CORP., W.D. ARK, ED-71-C-15 | |
| | BERRY PETROLEUM V. COMMONWEALTH UNITED, W.D. ARK, ED-70-C-58 | |
| | HEARING ORDER entered. Set for Washington, D. C. 9/24/71 | |
| 9/1/71 | E. BADEN POWELL & JEAN MARVIN POWELL V. MERILL, LYNCH, PIERCE, FENNER & SMITH, INC., C.D. CALIF., 71-1228-F ---OPINION AND ORDER lifting stay of 6/11/71 CTO and transferring action to S.D.N.Y. | |
| 9/14/71 | O'DANIEL V. COMMONSEALTH UNITED CORP., W.D.ARK, ED-71-C-15 | |
| | BERRY PETROLEUM V. COMMONWEALTH UNITED, W.D.ARK, ED-70-C-58 | |
| | Response and Brief w/certificate of service to motion to transfer. | |
| 9/22/71 | COMMONWEALTH UNITED CORP. reply brief in support of motion to transfer | |
| 9/23/71 | BERRY-DELAWARE's Statement in support of motion to transfer w/ certificate of service. | |
| 10/4/71 | SEEBURG-COMMONWEALTH Reply Brief of 9/22/71 refers to a Prospectus of 10/16/68 and also a reprint of Berry Petroleum Proxy Statement (p. 16) | |
| 10/12/71 | Ltr. response of firm of Lester & Schults to 9/30/71 ltr of Mr. Hindman. | |
| 10/20/71 | O'DANIEL, ET AL. V. COMMONWEALTH UNITED CORP., W.D. ARK., ED-71-C-15 | |
| | BERRY PETROLEUM CO. V. COMMONWEALTH UNITED CORP., ET AL. W.D.ARK, ED-70-C-58 | |
| | OPINION AND ORDER denying defendants motion to transfer uner 28 U.S.C. §1407. | |
| 2/12/73 | BERRY PETROLEUM CO. V. ADAMS & PECK, ET AL., N.D.TEX., CA-3-6579-C | |
| | Show Cause Order. Notified counsel and involved judges. | |
| 2/22/73 | Attorney for Berry Petroleum request for hearing | |
| 2/22/73 | Berry Petroleum Co. response to show cause order w/cert. of service | |
| 2/23/73 | Sidney Kibrick response to Show Cause order (one copy, only) | |
| 2/26/73 | VARIETY, INC., ltr. response to sco. (approving transfer) | |
| 2/26/73 | ALLEN & CO., INC., Request for ext. of time to & incl. 2/27/73 | |
| | ALLEN & CO., INC., ORDER granting ext. of time to & incl. 2/27/73 | |
| 2/26/73 | AMERICAN STOCK EXCHANGE, Request for ext. of time to 10 days from today | |
| | AM'n STOCK EXCHANGE, ORDER granting ext. of time to & incl. 3/7/73 | |
| 3/1/73 | KLEINER BELL response to show cause order w/cert. of service | |
| 3/1/73 | ALLEN & CO. response to show cause order w/cert. of service | |
| 3/1/73 | ARTHUR YOUNG & CO. response and averments to show cause order w/cert. of servicr | |
| 3/1/73 | Peter Huang response to Show Cause Order w/cert. of service | |
| 3/1/73 | Commonwealth's memorandum in support of transfer w/cert of service | |
| 3/2/73 | Iota letter pleading stating their support to transfer Berry action. | |
| 3/5/73 | BERRY PETROLEUM CO. V. ADAMS & PECK, N.D.TEX, CA-3-6579-C | |
| | HEARING ORDER, Washington, D. C., March 23, 1973, Notified counsel | |
| 3/7/73 | American Stock Exchange, response to show cause order w/cert. of service. | |
| 3/8/73 | ELY LANDAU request for extension to file response to Berry Petroleum Show Cause Order - GRANTED | |
| 3/8/73 | ELY LANDAU response to show cause order w/cert of service | |
| 3/9/73 | BERRY PETROLEUM V. ADAMS AND PECK- REquest from plaintiff for extension to file reply brief | |
| | ORDER - extending to plaintiff March 14, 1973 to file and serve said reply brief | |
| 3/14/73 | BERRY PETROLEUM CO. reply brief w/cert. of service. | |
| 3/16/73 | Letter from Counsel for Berry Petroleum stating response and brief in reply have been served on all counsel. Pleadings Nos. 1 and 12 | |
| 3/21/73 | IOTA INDUSTRIES response to Berry petroleum reply brief service indicated. | |
| 8/3/73 | BERRY PETROLEUM V. ADAMS AND PECK, N.D.TEXAS, CA-3-6579 | |
| | OPINION AND ORDER transferring action to S.D. New York for assignment to Judge McFadden for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Notified Counsel, Judges, Clerks and Publishers. | |

| Date | Pleading Number | |
|---|---|---|
| 12/15/75 | 55 | MOTION AND BRIEF -- Defendants Arthur Young & Co., Allen & Co. and American Stock Exchange to transfer Berry Petroleum v. Adams and Peck, et al., W.D. TEnn., C.A. No. C-75-484 for transfer to the S.D.N.Y. under §1407 |
| 12/22/75 | | REQUEST FOR EXTENSION -- PLAINTIFF BERRY PET. CO. --GRANTED TO ALL To Dec. 31, 1975 |
| 12/22/75 | 56 | RESPONSE -- JOINDER IN MOTION -- ADAMS AND PECK w/cert. of service |
| 12/30/75 | | HEARING ORDER --  SETTING Berry Pet. v. Adams & Peck, et al., W.D.Tenn C.A. No. C-75-484 -- FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| 1/5/75 | 57. | RESPONSE -- BERRY PETROLEUM, J. E. O'DANIAL, YVONNE LAW, GERLAND P. PATTEN & CO., INC. w/ cert/ of servoce |
| 1/15/75 | 58 | REPLY BRIEF -- ARUTHR ANDERSON -- X  W/CERT. OF SERVICE |
| 6/4/76 | | OPINION AND ORDER -- DENYING TRANSFER OF  (F-1) Berry Petroleum Co., et al Adams and Peck, W.D. Tenn., C.A. No. C-75-484 |

Opinion and Order of May 4, 1970 DOCKET NO. 37
312 Fed. Supp. 909 (1970)

Opinion & Order ~~to~~ 331 F. Supp 552 (9/1/71)

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

~~et al~~ 333 F. Supp 911 (10/20/71)

Description of Litigation 362 F Supp 568 (8/3/73)

MULTIDISTRICT LITIGATION RESULTING FROM THE SEEBURG-COMMONWEALTH UNITED MERGER

413 F Supp 393

5/4/70 {TO S.D. NEW YORK
J. McFADDEN (ALN)

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | JOHN Stuparitz, et al v. Seeburg Corp. dism 11/29/72 (70 Civ 1965) | Ill., N. 69 C 2621 | Campbell | 5/4/70 | 5/7/70 |
| A-2 A | STEPHEN J. Duskin, et al. v. A.BRUCE Rozet, et al. dismissed 3/28/72 | N.Y., S. 69 C 5735 | | NT | |
| A-3 A | SHEKELEE Land, et al. v. Commonwealth United, et al. term 12/14/73 | N.Y., S. 69 C 3726 | | NT | |
| A-4 A | CHARLES A. BRUCE Nemarow, et al. v. Rozet, et al. | N.Y., S. 69 C 4342 | | NT | |
| A-5 | Albert Fried & Co. v. Commonwealth United Corp., et al. | N.Y., S. 69 C 5736 | | NT | 6/7/76 |
| A-6 | MOLLIE H. Sanders v. Seeburg Corp., et al. dismissed 12/15/72 (70 Civ. 1944) | Delaware 3834 | | 5/4/70 | 5/7/70 |
| A-7 H | Clarence D. Firstenberger v. Commonwealth dism 11/29/72 United Corp., et al. (70 Civ. 1963) | Calif., C. 69-1389-WPG | Gray | 5/4/70 | 5/7/70 |
| B-1 A | Robert R. Jennings, et al. v. Commonwealth dism 11/29/72 United Corp., et al. (70 Civ. 1962) | Ala., N. CA 69-661 | McFadden | 5/4/70 | 5/7/70 |
| C-1 H | Jerry Pierce v. Commonwealth United 4/5 Corp., et al. (70 Civ. 1964) | Calif., C. 69-1339-WPG | Gray | 5/4/70 | 5/7/70 |
| C-2 A | SIDNEY A. BRUCE Abbey v. Rozet, et al dism 11/29/72 | N.Y., S. 3782 | | NT | |
| C-3 A | Irving Baum v. Commonwealth United Corp. dism 11/29/72 | N.Y., S. 4340 | | | |
| C-4 A | Benjamin B Leinoff v. Commonwealth United dism 11/29/72 et al | N.Y., S. 4780 | | | |
| C-5 A | Christian Maurice Teuchtler v. Martin et al dism 11/29/72 | N.Y., S. 4072 | | | |
| C-6 A | ANN Wildman v. Commonwealth United Corp. et al dismissed 2/22/73 | N.Y., S. 5306 | | NT | |
| C-7 A | ROBERT D et al Silverman v. Commonwealth United Corp. et al terminated 5/7/73 | N.Y., S. 69C 5328 | | NT | |
| D-1 | Morton Teitelbaum v. Seeburg Corp. et al dism 6/10/76 XXX (70 Civ. 1966) | N.D. Ill. 70 C 360 | | 5/4/70 | 5/7/70 |

CONSOLIDATED FOR ALL PURPOSES INTO N.Y., S. - No. 69 Civ 3726 by J. Cannella on 12/16/69

TAG-ALONG CASES

DOCKET NO. 37

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

B   A

MULTIDISTRICT LITIGATION RESULTING FROM THE SEEBURG-COMMONWEALTH UNITED MERGER

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| E-1 | Robert R. Jenning, et al v. Merrill Lynch, Pierce, Fenner & Smith, Inc. | Ala., N. CA 70-120 | Vacated 6/29/70 | | A Case |
| E-2 | Robert Sohn and Wallace Walner v. Commonwealth United Corp., et al (70 Civ. 2253) 5/15/70 | Ill., N. 70C 240 | 5/26/70 | 5/26/70 | 70 Civ 2253 6/2/70 |
| E-3 | Polaris Fund Inc. v. Commonwealth United Corp. et al (70 Civ 2754) 6/11/70 | C.D. Calif. 70-1228-HP | H.P. 7/15/73 | 6/23/70 | A Case |
| E-4 | Jack B. Crawford, et al v. Commonwealth United Corp., et al | C.D. Calif. 70-1740-R | Real | 3/10/71 | |
| E-5 | Walden Robert Cassotto v. Commonwealth United Corporation, et al | C.D. Calif. 70-1920-DWW | Williams | 3/28 | 70 CIV 5630 |
| E-6 | Malcolm L. Strauss v. Commonwealth United Corp., et al  12-14-70 | E.D. Mo. 70C 500(2) | | 12/30/71 | doc m3 11/8/72 |
| F-1 | Harry M. Popkins, et al. v. The Seeburg Corp., et al.  8/27/73 | C.D. Calif. 70-2745-F | | 2/25/71 | 71 Civ 905 3/1/71 |
| F-2 | E. Baden Powell and Jean Marvin Powell v. Merrill Lynch, Pierce, Fenner & Smith  6/11/71 | C.D. CALIF. 71-1228-F | | 9/1/71 | 71 Civ. 3989 9/29/71 |
| F-3 | J.E. O'Daniel, et al. v. Commonwealth United Corp., et al. | W.D. Arkansas ED-71-C-15 | denied 10/20/71 | | |
| F-4 | Berry Petroleum Co. v. Commonwealth United Corp, et al. | W.D. Arkansas ED-70-C-58 | denied 10/20/71 | | |
| XYZ-1 | Bernard Weber v. Commonwealth United Corp. et al | N.Y., S. 70 Civ. 1407 | NTN | | A Case |
| XYZ-2 | Stanley Hershfan v. Commonwealth United Corp., et al  dismissed 7/29/73 | N.Y., S. 70 Civ 938 | NTN | | A Case |
| XYZ-3 | Julius L. Baller v. Commonwealth United Corp., et al  dismissed 12/15/72 | N.Y., S. 70 Civ 1280 | Palamieri NTN | | A Case |
| G-1 | Berry Petroleum Co. v. Adams & Peek, et al. | N.D. Texas CA-3-6579 | 8/3/73 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-1 | Berry Petroleum Co., et al. v. Adams & Peck, et al. *[received] 6/21/76* | W.D.Tenn | C75-484 | | | | |
| | *Verified July 1976* | 14 | *Jud* | | | | |
| | | 13 | x/2 | | | | |
| | | 27 | | | | | |
| | *July 1977, case still to app* | (17) | *dis* | | | | |
| | *11 pending* | 10 | *Pending* | | | | |
| | | 9 | *dis* | | | | |
| | *July 1978* | 1 | *adj.* | | | | |
| | *July 1979 — same* | | | | | | |
| | *June 1980 — Closed* | | | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION



This list adopted from pleading No. 55

| No. | Plaintiff | Defendant |
|---|---|---|
| | Berry Petroleum Company, et al. v. Adams & Peck, et al., W.D. Tennessee, C.A. No. C75-484<br><br>Keith, Clegg & Eckert<br>Drawer A.<br>Magnolia, Arkansas 71753<br><br>Locke, Purnell, Boren, Laney & Neely<br>36th Floor<br>Republic Bank Building<br>Dallas, Texas 75201<br><br>Lester and Schults<br>2000 Worthen Bank Building<br>Little Rock, Arkansas 72201<br><br>       Attorneys for Plaintiffs<br><br>*Anthony F. Satula, Jr., Esq.*<br>Simpson Thacher & Bartlett<br>One Battery Park Plaza<br>NewYork, New York 10004<br>Attorneys for Defendant Adams & Peck<br><br>Holzman, Wise & Shepard<br>30 Broad Street<br>New York, New York 10004<br>Attorneys for Defendant Allen & Co., Inc.<br><br>Lord, Day & Lord<br>25 Broadway<br>New York, New York 10004<br>Attorneys for Defendant American Stock<br>   Exchange<br><br>*John L Haurer, Esq.*<br>Aikin, Gump, Strauss, Hauer & Feld<br>2800 Republic National Bank Building<br>Dallas, Texas 75201<br>Attorneys for Defendant James A.<br>   Lewis Engineering<br><br>OBrien, Rafery, Rosenbloom & Grainger<br>152 West 42nd Street<br>New York, New York 10036<br>Attorneys for Defendant Variety, Inc. | |

Case MDL No. 37   Document 1   Filed 04/29/15   Page 10 of 12



| No. | Plaintiff | Defendant |
|---|---|---|
| | Rogers & Cowan, Inc.<br>9665 Wilshire Boulevard<br>Beverly Hills, California  90024 | |

In re Seeburg-Commonwealth United Litigation, M-19-95

Berkowitz, Lefkovitz & Patrick
1400 City National Bank Building
Birmingham, Alabama  35203

Kaufman, Taylor, Kimmel & Miller
41 East 42nd Street
New York, New York  10017

  Attorneys for Land class plaintiffs

Edward Nathan, Esquire
345 Park Avenue
Suite 2404
New York, New York  10022

Bailey Marshall Hoeniger & Freitag
345 Park Avenue
New York, New York  10022

  Attorneys for Land derivative plaintiffs

Prins, Flamm & Susman
33 North Dearborn Street
Chicago, Illinois  60602
Attorneys for Fried class plaintiffs

Kaler, Worsley, Daniel & Hollman
710 Ring Building
Washington, D.C.  20036
Attorneys for Seeburg derivative plaintiffs

Townley, Updike, Carter & Rodgers
220 East 42nd STreet
New York, New York  10017
Attorneys for defendnats

Burns, Van Kirk, Greene & Kafer
521 Fifth Avenue
New York, New York  10017
Attorneys for Iota Industries,

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION          (3)

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | Gerald Lipsky, etc. v. Commonwealth United Corp., et al., S.D. N.Y. 70 Civ. 5030 | |
| | Patterson, Belknap & Webb<br>30 Rockefeller Plaza<br>New York, New York  10020<br>Attorneys for Plaintiff | |
| | Townley, Updike, Carter & Rodgers ✗<br>220 East 42nd Street<br>New York, New York  10017<br>Attorneys for Defendants and Third-Party Plaintiffs | |
| | Lord, Day & Lord          ✗<br>25 Broadway<br>New York, New York  10004<br>Attorneys for Third-Party Defendants | |
| | Morton Teitelbaum v. The Seeburg Corp., et al., S.D.N.Y., C.A. No. 69 Civ. 5736 | |
| | Stuart D. Perlman, Esq.<br>14 East 32nd Street<br>New York, New York  10016 | |
| | Speranza & Veverka<br>230 North Michigan Avenue<br>Chicago, Illinois  60601<br><br>          Attorneys for Plaintiff | |
| | Townley, Updike, Carter & Rodgers<br>220 East 42nd Street   ✗<br>New York, New York  10017<br>Attorneys for Defendants | |

| No. | Plaintiff | Defendant |
|---|---|---|
|  | ARTHUR YOUNG & CO.<br>   P. B. Konrad Knake, Esquire<br>   White & Case<br>   14 Wall STreet<br>   New York, New York  10005<br><br>ALLEN & COMPANY<br>   Frank P. Broz, Esquire<br>   Holzman, Wise & Shepard<br>   30 Broad Street<br>   New York, New York  10004<br><br>AMERICAN STOCK EXCHANGE<br>   John J. Loflin, Esquire<br>   Lord, Day & Lord<br>   25 Broadway<br>   New York, New York  10004 |  |